UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Denise Payne,  )
and National Alliance for Accessibility, Inc.,  )
  )
                Plaintiffs,  )
  )
   v.  )   **JUDGMENT**
  )
Variety Stores, Inc.,  )   No. 5:12-CV-133-D
                Defendant.  )
  )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendant's motion to dismiss is GRANTED.

**This judgment filed and entered on January 11, 2013, and served on:**

Jacqueline Yvonne London  (Via CM/ECF Notice of Electronic Filing)
Lee M. Whitman  (Via CM/ECF Notice of Electronic Filing)
Paul J Puryear , Jr (Via CM/ECF Notice of Electronic Filing)

January 11, 2013                      /s/ Julie A. Richards,
                                              Clerk of Court